STATE OF CONNECTICUT *v.* JOHN C. GRANT
(9571)

DUPONT, C. J., O'CONNELL and NORCOTT, Js.
Submitted on briefs May 28—decision released July 2, 1991

*William F. Gallagher* and *Elizabeth A. Gallagher* filed a brief for the appellant (defendant).

*John M. Bailey,* state's attorney, and *Mary H. Lesser* and *John O'Reilly,* assistant state's attorneys, filed a brief for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Clarke,* 24 Conn. App. 541, 590 A.2d 468 (1991).

The judgment is affirmed.